UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANTIAGO<br>　　　　　　　　Plaintiff,<br>vs.<br>MIDLAND CREDIT MANAGEMENT, INC.<br>　　　　　　　　Defendant. | Case No.: 3:15-CV-153-CAB-RBB<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 8] |

Upon consideration of the parties' joint motion to dismiss with prejudice [Doc. No. 8], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. This case is therefore **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

It is **SO ORDERED**.

Dated: June 8, 2015

_____
Hon. Cathy Ann Bencivengo
United States District Judge